PROB 12C
(6/16)

Report Date: January 31, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ashley Laraine Coty | Case Number: 0980 2:20CR00047-RMP-1 |
| Address of Offender: | East Wenatchee, Washington 98802 |

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 11, 2016

Original Offense:    Possession with  Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months  TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: February 5, 2020 |
| Defense Attorney: | TBD | Date Supervision Expires: February 4, 2025 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | **Special Condition #4**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. The condition supersedes standard condition number 7 with respect to alcohol consumption only. |
| | **Supporting Evidence**: Ashley Laraine Coty is considered to be in violation of her supervised release by consuming methamphetamine, marijuana, and alcohol on or about December 31, 2021. |
| | On February 13, 2020, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the judgement and sentence to include standard condition number 7 and special condition number 4.  Ms. Coty indicated she understood the conditions of supervision, signed the judgement and sentence and was provided with a copy of the document. |

Prob12C
Re: Coty, Ashley Laraine
January 31, 2022
Page 2

On January 3, 2022, this officer spoke with Ms. Coty on the telephone to discuss why her name was ran by the East Wenatchee Police Department. Mr. Coty explained that she was assaulted by her cousin, and law enforcement responded to her residence. During the conversation Mr. Coty informed this officer that she consumed methamphetamine, marijuana, and alcohol with her cousin on December 31, 2021, prior to being assaulted.

2   **Standard Condition #7**: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: Ashley Laraine Coty is considered to be in violation of her supervised release by consuming methamphetamine, marijuana, and fentanyl on or about January 20, 2022.

On February 13, 2020, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the judgement and sentence to include standard condition number 7. Ms. Coty indicated she understood the conditions of supervision, signed the judgement and sentence and was provided with a copy of the document.

Ms. Coty provided a random urinalysis sample at The Center for Alcohol and Drug Treatment (The Center) on January 20, 2022, which was sent to Millennium Health for analysis. On January 26, 2022, this officer received a call from staff at The Center and was informed the urine sample Ms. Coty provided returned positive for the presence of methamphetamine, marijuana, and fentanyl.

3   **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Ms. Coty is considered to be in violation of her supervised release by leaving with Eastern District of Washington on January 23, 2022, without the permission of this officer.

On February 13, 2020, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the judgement and sentence to include standard condition number 1. Ms. Coty indicated she understood the conditions of supervision, signed the judgement and sentence and was provided with a copy of the document.

On January 23, 2022, this officer received a text message from Ms. Coty's family member stating Ms. Coty was transported to Skagit Community Detox (SCD) facility in Burlington, Washington.

On January 24, 2022, Ms. Coty called this officer and reported she was at SCD in Burlington, Washington, she apologized for leaving the Eastern District of Washington without permission.

Prob12C
**Re: Coty, Ashley Laraine**
**January 31, 2022**
**Page 3**

|     |     |
| --- | --- |
| 4   | **Special Condition #3:** The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Officer. |

**Supporting Evidence**: Ms. Coty is considered to be in violation of her supervised release by failing to attend inpatient treatment at Prosperity Wellness Center in Tacoma, Washington, on January 28, 2022, as directed by her treatment provider and this officer.

On February 13, 2020, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the judgement and sentence to include special condition number 3. Ms. Coty indicated she understood the conditions of supervision, signed the judgement and sentence and was provided with a copy of the document.

On January 27, 2022, staff at SCD made arrangements for Ms. Coty to attend inpatient treatment at Prosperity Wellness Center in Tacoma, Washington. SCD provided Ms. Coty with a bus ticket to Tacoma, to enter into the inpatient treatment program. This officer spoke with Ms. Coty on January 27, 2022, and she was directed to attend the inpatient treatment program at Prosperity Wellness Center, since it was recommended by the substance abuse professionals at the SCD. This officer also directed Ms. Coty to call this officer when she arrived at the Prosperity Wellness Center.

Ms. Coty failed to call this officer on January 28, 2022, as directed. On January 29, 2022, this officer spoke with Ms. Coty's family member, who stated Ms. Coty did not arrive at the Prosperity Wellness Center for inpatient treatment. The family member reported Ms. Coty got off the bus in Marysville, Washington, and Ms. Coty's mental health was not well. The family member was concerned for Ms. Coty's safety and did not know where she was currently staying.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 31, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Coty, Ashley Laraine
January 31, 2022
Page 4

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

1/31/2022
Date