PROB 12C
(6/16)

Report Date: February 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Laraine Coty        Case Number: 0980 2:20CR00047-RMP-1

Address of Offender:        East Wenatchee, Washington 98802

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 11, 2016

Original Offense:        Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:        Prison - 60 months            Type of Supervision: Supervised Release
                          TSR - 60 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard           Date Supervision Commenced: February 5, 2020

Defense Attorney:        TBD                            Date Supervision Expires: February 4, 2025

## PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on January 31, 2022.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ashley Laraine Coty allegedly violated a mandatory condition on or about January 16, 2022, by committing second degree identity theft, in violation of Revised Code of Washington (RCW) 9.35.020; and by committing forgery, in violation of RCW 9A.60.020, Chelan County Superior Court cause number 22-1-0035-04.<br><br>On February 13, 2020, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the judgement and sentence to include all mandatory conditions. Ms. Coty indicated she understood the conditions of supervision, signed the judgement and sentence, and was provided with a copy of the document.<br><br>According to the East Wenatchee Police Department (EWPD) report for case number 22E00332, the following occurred: On January 19, 2022, EWPD was dispatched to Ms. Coty's residence to take a report about Ms. Coty writing forged checks and depositing the forged checks into other accounts.<br><br>According to the victim, Ms. Coty wrote three forged checks and deposited two forged checks into her cousin's account, and one forged check into her account. The total sum of |

Prob12C
**Re: Coty, Ashley Laraine**
**February 16, 2022**
**Page 2**

the checks was $730. The victim also reported Ms. Coty and her cousin were living on the streets and possibly using drugs again.

EWPD was also advised there was another checkbook missing from the house that belonged to another elderly family member.

Chelan County Superior Court has filed charges against Ms. Coty and a summons was issued ordering Ms. Coty to appear on February 23, 2022, at 4 p.m.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 16, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Rosanna Malouf Peterson
Signature of Judicial Officer

2/16/2022
Date