FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 2:20-CR-47-RMP-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO AMEND COURT'S ORDER AND DENYING AS MOOT DEFENDANT'S MOTION TO ALTER JUDGMENT |
| ASHLEY LARAINE COTY, | |
| Defendant. | |

BEFORE THE COURT, without oral argument, is Defendant Ashley Laraine Coty's Motion to Alter Judgment, ECF No. 25, and Defendant's Motion to Amend Court's Order, ECF No. 26.[1]  Having reviewed the motions, the record, and the relevant law, the Court is fully informed.

---

[1] Counsel for Defendant erroneously filed the Motion to Alter Judgment, ECF No. 25, prior to filing the Motion to Amend Court's Order, ECF No. 26.  Given that Counsel for Defendant has not withdrawn the former motion, the Court rules on both motions.

ORDER GRANTING DEFENDANT'S MOTION TO AMEND COURT'S ORDER AND DENYING AS MOOT DEFENDANT'S MOTION TO ALTER JUDGMENT ~ 1

On March 7, 2022, the Court granted Defendant's oral motion for release from custody to inpatient treatment. ECF No. 24. The Court ordered that Defendant, who is being held in Spokane County Jail, be directly released to staff with American Behavioral Health Systems ("ABHS") for transportation to inpatient treatment. *Id.* Defendant now submits that, due to an overflow of new patients, her bed date at ABHS has been pushed back approximately one week. ECF No. 26. Accordingly, Defendant requests that the Court amend its prior Order to reflect the new bed date. *Id.* Neither the Government nor the U.S Probation Office oppose Defendant's Motion to Amend Court's Order. *Id.*

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Amend Court's Order, **ECF No. 26**, is **GRANTED**. The Court will issue an Amended Order Regarding Supervised Release Violations and Granting Defendant's Oral Motion for Release from Custody at the same time it issues the instant Order.

2. Defendant's Motion to Alter Judgment, **ECF No. 25**, is **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** March 8, 2022.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Senior United States District Judge