PROB 12C
(6/16)

Report Date: May 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 03, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ashley Laraine Coty | Case Number: 0980 2:20CR00047-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ East Wenatchee, Washington 98802 | |

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 11, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | February 5, 2020 |
| Defense Attorney: | Kathryn P. Lucido | Date Supervision Expires: | February 4, 2025 |

## PETITIONING THE COURT

To issue a warrant and incorporate the alleged violations with the violations previously reported to the Court on January 31, and February 16, 2022.

On February 13, 2020, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the judgment and sentence to include all mandatory conditions. Ms. Coty indicated she understood the conditions of supervision, signed the judgment and sentence, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ashley Laraine Coty allegedly violated a mandatory condition on May 1, 2022, by resisting arrest, in violation of Revised Code of Washington (RCW) 9A.76.040, East Wenatchee Municipal Court case number 2A0084922.<br><br>According to the East Wenatchee Police Department (EWPD) report number 22E02464, the following occurred: On May 1, 2022, an EWPD officer observed Ms. Coty at 711 in East Wenatchee, Washington. EWPD officers are familiar with Ms. Coty from previous law enforcement contacts and the officer checked her for warrants. A records check confirmed Ms. Coty had an active felony warrant. A couple of EWPD officers informed Ms. Coty she |

Prob12C
**Re: Coty, Ashley Laraine**
**May 3, 2022**
**Page 2**

had a warrant and that she was under arrest. She was asked to put her hands behind her back. Ms. Coty said "no" and stepped backwards. Ms. Coty began arguing with EWPD officers about her warrant. EWPD officers attempted to use time and distance to calm her down for over 5 minutes and Ms. Coty continued to argue. An EWPD officer eventually told Mr. Coty to put her hands behind her back and took a step toward Ms. Coty. Mr. Coty said "ok," turned to her right and started to run away. The EWPD officer grabbed Ms. Coty's left arm and pushed her to the ground. While on the ground, Ms. Coty continued to resist by stiffening her arms in an attempt to free herself from the EWPD officer. Ms. Coty was told several times to stop and she continued to physically resist. The EWPD officer had to utilize a wrist joint control hold in order to gain compliance and place her in custody.

7   **Standard Condition #7**: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Supporting Evidence**: Ashley Laraine Coty is considered to be in violation of her supervised release by possessing and consuming a controlled substance, fentanyl on May 1, 2022.

On May 1, 2022, Mr. Coty was arrested by EWPD officers on an outstanding felony warrant. An EWPD officer searched Ms. Coty incident to arrest and located a small blue pill in her left pants pocket. Ms. Coty initially stated the pill was Naproxen. The EWPD officer told Ms. Coty that it was not a Naproxen pill, and believed the pill was a fentanyl pill. An EWPD officer then searched Ms. Coty's backpack and found several small clear baggies with different pills in them. Due to Ms. Coty having a controlled substance on her person, she was issued a drug referral form by EWPD officers. Ms. Coty stated she was in an intensive relapse program. The EWPD officer asked Ms. Coty if she relapsed and she stated, "yes." Ms. Coty then voluntarily stated, "this is probably a good thing, I did have a blue pill, I smoked on this morning"

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the alleged violations with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 3, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Coty, Ashley Laraine**
**May 3, 2022**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

5/3/2022
Date