PROB 12C
(6/16)

Report Date: December 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Laraine Coty            Case Number: 0980 2:20CR00047-TOR-1

Address of Offender: ███████████    Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 11, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months  /  TSR - 60 months    Type of Supervision: Supervised Release |
| Revocation Sentence: (08/04/2022) | Prison - 4 months  /  TSR - 56 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard    Date Supervision Commenced: August 25, 2022 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: April 24, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On August 30, 2022, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the revocation judgment. Ms. Coty indicated she understood the conditions of supervision, signed the revocation judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ashley Laraine Coty allegedly violated mandatory condition #1 on November 23, 2023, by committing third degree theft, in violation of Revised Code of Washington (RCW) 9A.56.050, East Wenatchee Municipal Court case number 3A0755446.<br><br>According to the East Wenatchee Police Department (EWPD) report number 23E06953, the following occurred: On November 23, 2023, at approximately 9:57 a.m., an EWPD officer was dispatched to a theft call at Fred Meyer in East Wenatchee, Washington. Loss prevention employees reported a female stole a bag full of liquor and was last seen running |

Prob12C
Re: Coty, Ashley Laraine
December 18, 2023
Page 2

toward the fuel center. The loss prevention employees advised they recovered the stolen merchandise and wanted to pursue charges for theft. The amount for the items that were recovered totaled $328.89. A description and picture of the suspect, who was later identified as Ms. Coty, was provided to EWPD and several officers patrolled the area looking for the suspect.

EWPD reviewed surveillance video with the assistance of a loss prevention employee, and observed Ms. Coty walk by the self-checkout registers without paying for the items she was carrying with her. Loss prevention employees confronted Ms. Coty when she exited Fred Meyer beyond all points of sale. Ms. Coty told the loss prevention employees she paid for the merchandise but failed to show a receipt. Ms. Coty attempted to leave the store without paying for 11 items; limes, Hefty variety pack of cups, BIC 5 pack of lighters, paper straws, Micro USB charger cable, Don Julio Tequila, Smirnoff Vodka, CIRCO citrus vodka, Johnny Walker Red scotch, Grey Goose vodka, and Morton fine sea salt.

EWPD officers are familiar with Ms. Coty from previous law enforcement contacts and were able to locate her on Valley Mall Parkway in East Wenatchee, at approximately 10:26 a.m. Ms. Coty was placed in custody and advised of her Miranda Rights. After Ms. Coty was placed into custody, officers searched her person incident to arrest and discovered a plastic container in her left front pant pocket. Inside the plastic container was a white crystal-like substance and burnt aluminum foil papers. Based on EWPD training and experience, the officer believed the crystal-like substance was methamphetamine. The suspected methamphetamine was later weighed and logged into the East Wenatchee police property room as evidence. A lab request was completed for the testing of the suspected methamphetamine.

EWPD officers transported Ms. Coty back to Fred Meyer and a loss prevention employee positively identified Ms. Coty as the suspect who stole the items from the store. Ms. Coty was given a criminal citation for third degree theft and was advised of her court appearance date, December 6, 2023. She was also trespassed for 2 years from Fred Meyer and was released from custody without incident.

Ms. Coty failed to appear for court on December 6, 2023, and a warrant was issued for her arrest.

2    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Ms. Coty is considered to be in violation of her supervised release by possessing a controlled substance, methamphetamine, on November 23, 2023.

On November 23, 2023, Mr. Coty was arrested by EWPD officers for third degree theft. An EWPD officer searched Ms. Coty incident to arrest and located a plastic container in her left front pant pocket. Inside the plastic container was a white crystal-like substance and burnt aluminum foil papers. Based on EWPD training and experience, the officer believed the crystal-like substance was methamphetamine. The suspected methamphetamine was later weighed and logged into the East Wenatchee police property room as evidence. A lab request was completed for the testing of the suspected methamphetamine.

Prob12C
**Re: Coty, Ashley Laraine**
December 18, 2023
Page 3

| | | |
|---|---|---|
| 3 | | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: Ms. Coty is considered to be in violation of her supervised release by failing to notify probation within 72 hours after her arrest by law enforcement on November 23, 2023.

On December 15, 2023, this officer received a report from EWPD stating Ms. Coty was arrested on November 23, 2023. Ms. Coty never contacted this officer to discuss her contact with law enforcement on November 23, 2023.

| | | |
|---|---|---|
| 4 | | **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |

**Supporting Evidence**: Ms. Coty is considered to be in violation of her supervised release by failing to report for her color line drug test on December 15, 2023.

On December 15, 2023, this officer received a telephone call from staff at The Center for Alcohol and Drug Treatment (The Center) to discuss Ms. Coty. Staff stated Ms. Coty failed to show up for her color line drug test on this date. Additionally, staff informed this officer that Ms. Coty had not called the color line since December 8, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 18, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
United States District Judge

December 18, 2023
Date