PROB 12C
(6/16)

Report Date: January 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Laraine Coty    Case Number: 0980 2:20CR00047-TOR-1

Address of Offender: ███████████ Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 11, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(08/04/2022) | Prison - 4 months<br>TSR - 56 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 25, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | April 24, 2027 |

### PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on December 18, 2023.

On August 30, 2022, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the revocation judgment. Ms. Coty indicated she understood the conditions of supervision, signed the revocation judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ashley Laraine Coty allegedly violated mandatory condition #1 on December 23, 2023, by committing First Degree Trespass, in violation of Revised Code of Washington (RCW) 9A.52.070, East Wenatchee Municipal Court case number 4A0086643.<br><br>(See narrative in violation number 6.) |

Prob12C
**Re: Coty, Ashley Laraine**
**January 24, 2024**
**Page 2**

| | | |
|---|---|---|
| 6 | | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence**: Ashley Laraine Coty allegedly violated mandatory condition #1 on December 23, 2023, by Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020, East Wenatchee Municipal Court case number 4A0086643.

According to the East Wenatchee Police Department (EWPD) report number 23E07573, the following occurred: On December 23, 2023, at approximately 6:34 p.m., an EWPD officer was contacted by a loss prevention employee at Fred Meyer in East Wenatchee, Washington. The loss prevention employee advised EWPD that a female, later identified as Ashley Coty, who had been previously trespassed, was currently in Fred Meyer.

EWPD contacted Ms. Coty inside Fred Meyer and she identified herself at Ashley Coty, she also told the officer she was trespassed from Fred Meyer. EWPD informed Ms. Coty she was not free to go and they exited the store together. As EWPD contacted dispatch, Ms. Coty took off running away from the officer. EWPD lost sight of Ms. Coty and was unable to locate her again.

7    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Ms. Coty is considered to be in violation of her supervised release by failing to notify probation within 72 hours after she was contacted by law enforcement on December 23, 2023.

On January 24, 2024, this officer received a report from EWPD stating Ms. Coty was questioned by law enforcement on December 23, 2023. Ms. Coty never contacted this officer to discuss her contact with law enforcement on December 23, 2023.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court on December 18, 2023. Ms. Coty has an active supervised release warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 24, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Coty, Ashley Laraine**
**January 24, 2024**
Page 3

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

Thomas O. Rice
United States District Judge

January 25, 2024
Date