PROB 12C
(6/16)

Report Date: February 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Laraine Coty     Case Number: 0980 2:20CR00047-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Susan P. Watters, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 11, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(08/04/2022) | Prison - 4 months<br>TSR - 56 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: August 25, 2022 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: April 24, 2027 |

## PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on December 18, 2023, and January 24, 2024.

On August 30, 2022, a probation officer met with Ms. Coty at her residence and reviewed the conditions of supervision as outlined in the revocation judgment. Ms. Coty indicated she understood the conditions of supervision, signed the revocation judgment, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ashley Laraine Coty allegedly violated mandatory condition #1 on January 22, 2024, by committing Third Degree Theft, in violation of Revised Code of Washington (RCW) 9A.56.050, East Wenatchee Municipal Court case number 4A0186355.<br><br>(See narrative in violation number 9.) |

Prob12C
**Re: Coty, Ashley Laraine**
**February 28, 2024**
**Page 2**

| | | |
|---|---|---|
| 9 | | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence**: Ashley Laraine Coty allegedly violated mandatory condition #1 on January 22, 2024, by committing the offense of Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020, East Wenatchee Municipal Court case number 4A0186355.

According to the East Wenatchee Police Department (EWPD) report number 24E01039, the following occurred: January 22, 2024, at approximately 12:19 p.m., a EWPD officer was dispatched to PetCo located in East Wentachee, Washington. The manager at PetCo stated a male shoplifter, later identified as Ms. Coty, had shoplifted from PetCo last week, and had just stolen items again. The manager followed the shoplifter until EWPD arrived.

Officers contacted Ms. Coty and she took off running from EWPD. After a short foot pursuit, Ms. Coty was apprehended. Ms. Coty continued to resist and attempted to hide her hands underneath the front of her body. She was eventually placed in handcuffs. After she was finally arrested, Ms. Coty informed officers the back of her head hurt because she was kicked in the head by an officer. Ms. Coty also stated that an officer was standing on the back of her head while they were trying to arrest her.

Due to Ms. Coty reporting she was injured, an ambulance was called to the scene. While waiting for the ambulance, Ms. Coty began hitting the front of her head on the pavement. Officers had to physically restrain her from hitting her head on the ground by sitting her up.

Ms. Coty was transported to a local hospital and she was medically cleared for placement in the Chelan County Jail. While she was being cleared for jail, Ms. Coty informed officers and medical staff that she had consumed fentanyl approximately 3 hours earlier.

As officers were leaving the hospital with Ms. Coty, she attempted to run away from hospital security and EWPD. She was stopped and escorted to a police vehicle. When she arrived at the police vehicle, she pulled away and began to flee. Officers caught her again and had to push Ms. Coty toward the police vehicle. Ms. Coty refused to get into the vehicle, dropped her body to the ground and attempted to crawl under the police vehicle. Eventually, Ms. Coty said she was done resisting and got into the police vehicle without further incident.

While at the Chelan County Jail, officers searched Ms. Coty's belongings, locating drug paraphernalia and a clear plastic baggy that had multiple-colored squares shaped like Legos. Ms. Coty informed officers they were hard candy. Officers also discovered a small container that had dried vegetation in it. Ms. Coty stated the dried vegetation was some mushrooms her friend had given her. The suspected narcotics were sent to the Washington State Patrol crime lab for testing.

EWPD was informed by the Manger at PetCo that Ms. Coty stole three items from the store and the total amount for the items she took was $62.97.

Prob12C
**Re: Coty, Ashley Laraine**
**February 28, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court on December 18, 2023, and January 24, 2024. Ms. Coty was arrested on February 22, 2024, and is incarcerated at the Chelan County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 28, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

March 1, 2024
Date